IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                              PLAINTIFF

v.                          No. 2:21-cv-13-DPM-BD

BOBBY MAYE, Sheriff, St. Francis
County;  JONNIE JONES, Jail
Administrator, St. Francis County;
LARRY JONES, Assistant Jail
Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer;  QUINN;
and DOE, St. Francis County Doctor                     DEFENDANTS

ORDER

1.   The Court adopts Magistrate Judge Deere's unopposed partial
recommendation, *Doc. 6*. FED. R. CIV. P. 72(b) (1983 addition to advisory
committee notes).   Buchanan may proceed with his failure-to-protect
claims against Sheriff Maye, Larry Jones, Jonnie Jones, and Officer
Watlington.   He may also proceed with his deliberate-indifference
claim against Officer Austin.  Buchanan's First Amendment and equal
protection claims against those Defendants are dismissed without
prejudice.   His negligence claims against them are dismissed with
prejudice.

-2-

**2.** Magistrate Judge Deere has ordered service on Buchanan's failure-to-protect claims against Wilson and Quinn. A recommendation on the other claims raised in Buchanan's amended complaint was recently filed, *Doc. 25*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____27 April 2021_____