IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                                                PLAINTIFF

v.                              No. 2:21-cv-13-DPM-BD

BOBBY MAYE, Sheriff, St. Francis
County; JONNIE JONES, Jail
Administrator, St. Francis County;
LARRY JONES, Assistant Jail
Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer; QUINN;
and DOE, St. Francis County Doctor                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, *Doc. 25*, and overrules Buchanan's objections, *Doc. 29*. FED. R. CIV. P. 72(b)(3). Buchanan may add his related claims against Jonnie Jones and Larry Jones for failure to provide medical treatment. Buchanan may also proceed with his failure-to-protect claims against Austin Wilson and Quinn. Buchanan's claims against Bobby Maye, Jonnie Jones, and Larry Jones regarding the black mold are not sufficiently related to the pending claims in this case. FED. R. CIV. P. 20(a)(2). Those claims are dismissed without prejudice. Buchanan's claims that Bobby Maye, Jonnie Jones, Larry

Jones, Austin Wilson, and Doe (an unidentified doctor) failed to provide him with adequate medical care at other times fail. In his objection, Buchanan provides some details: denial of a sleep apnea machine and depression medication, all in violation of the Americans with Disabilities Act. *Doc. 29 at 2.* These claims are not sufficiently related to the core disputes in this case. The unrelated-medical-care claims are therefore dismissed without prejudice. Doe, the unidentified doctor, is also dismissed as a defendant.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 May 2021