IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                                                    PLAINTIFF

v.                              No. 2:21-cv-13-DPM-ERE

BOBBY MAYE, Sheriff, St. Francis
County; JONNIE JONES, Jail
Administrator, St. Francis County;
LARRY JONES, Assistant Jail
Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer; GORDON
QUINN SIDERS; and DARRELL ELKIN,
Doctor                                                                                          DEFENDANTS

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 47*, and overrules Buchanan's objections, *Doc. 53*. FED. R. CIV. P. 72(b)(3). The proposed amendments fail to state a plausible claim for relief. Buchanan's motion to amend his complaint is therefore denied as futile. *Doc. 42*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2021