IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                          PLAINTIFF

v.               No. 2:21-cv-13-DPM-ERE

BOBBY MAYE, Sheriff, St. Francis
County; JONNIE JONES, Jail
Administrator, St. Francis County;
LARRY JONES, Assistant Jail
Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer; GORDON
QUINN SIDERS; and DARRELL ELKIN,
Doctor                                      DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 95*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Buchanan's motion for injunctive relief, *Doc. 90*, is denied as moot because he is no longer housed at the St. Francis County Detention Center.

So Ordered.

                                           _____
                                           D.P. Marshall Jr.
                                           United States District Judge

                                           20 October 2021