# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                              PLAINTIFF

v.                          No. 2:21-cv-13-DPM-ERE

BOBBY MAYE, Sheriff, St. Francis
County; JONNIE JONES, Jail
Administrator, St. Francis County;
LARRY JONES, Assistant Jail
Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer; GORDON
QUINN SIDERS; and DARRELL ELKIN,
Doctor                                                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, Doc. 108, and overrules Buchanan's objections, Doc. 113. FED. R. CIV. P. 72(b)(3). Buchanan's motion to amend his complaint, Doc. 104, is therefore denied for the reasons given by Magistrate Judge Ervin.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2021