# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                    PLAINTIFF

v.                          No. 2:21-cv-13-DPM-ERE

BOBBY MAYE, Sheriff, St. Francis
County;  JONNIE JONES, Jail
Administrator, St. Francis County;
LARRY JONES, Assistant Jail
Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer;  GORDON
QUINN SIDERS; DARRELL ELKIN,
Doctor;  and GREG GILLON, Officer          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 166*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Buchanan's motion for injunctive relief, *Doc. 161*, is denied.  If Buchanan wants to make new claims that are unrelated to the claims in this case, then he must do so in a separate lawsuit.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 June 2022