IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                         PLAINTIFF

v.                       No. 2:21-cv-13-DPM-ERE

BOBBY MAYE, Sheriff, St. Francis
County; JONNIE JONES, Jail
Administrator, St. Francis County;
LARRY JONES, Assistant Jail
Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer; GORDON
QUINN SIDERS; DARRELL ELKIN,
Doctor; and GREG GILLON, Officer                                    DEFENDANTS

## ORDER

Buchanan's motion for copies, *Doc. 191*, is granted. The Court directs the Clerk to send Buchanan a copy of the docket sheet and *Doc. 190*. Buchanan's motion for an extension, *Doc. 192*, is also granted. Response due by 13 January 2023.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2022