IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                                                       PLAINTIFF

v.                                    No. 2:21-cv-13-DPM

BOBBY MAY, Sheriff, St. Francis County;
JONNIE JONES, Jail Administrator,
St. Francis County; LARRY JONES,
Assistant Jail Administrator, St. Francis
County; MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer; GORDON
QUINN SIDERS; DARRELL ELKIN,
Doctor; and GREG GILLON, Officer                                                DEFENDANTS

## ORDER

Motion, *Doc. 195*, denied. To the extent Buchanan is seeking injunctive relief, his request is unrelated to the conduct he alleges in his amended complaint. *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994) (*per curiam*). If Buchanan wants to make new claims that are unrelated to the claims in this case, then he must do so in a separate lawsuit.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2023