IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BUCHANAN
ADC #176655                                                                              PLAINTIFF

v.                              No. 2:21-cv-13-DPM

BOBBY MAY, Sheriff, St. Francis County;
JONNIE JONES, Jail Administrator, St.
Francis County; LARRY JONES, Assistant
Jail Administrator, St. Francis County;
MARTY WATLINGTON, Officer;
AUSTIN WILSON, Officer; GORDON
QUINN SIDERS; DARRELL ELKIN,
Doctor; and GREG GILLON, Officer                                                   DEFENDANTS

## ORDER

1. On *de novo* review, the Court mostly adopts and partly declines the recommendation, *Doc. 190*, and mostly overrules and partly sustains Buchanan's objections, *Doc. 194*. Fed. R. Civ. P. 72(b)(3).

2. The Court declines the recommendation as to the medical deliberate indifference claim against Officer Wilson. Buchanan and Officer Wilson provide different versions of the events after the attack and the extent of Buchanan's injuries. There's no dispute that Buchanan had a bloody nose. Wilson says Buchanan had no other obvious injury and refused medical care, including an offer to call an ambulance. *Doc. 177-13 at 2*. Buchanan responds, however, that he had

several other visible injuries, including knots on his head and arm and bleeding from his nose, lip, and head. *Doc. 177-9 at 36-37*. The video is not clear enough for the Court to conclude that Buchanan's version of events is blatantly contradicted so that no reasonable juror could believe it. *Scott v. Harris*, 550 U.S. 372, 380-81 (2007). The defendants' motion for summary judgment on that claim is denied.

3. Because the medical deliberate indifference claim goes forward, the Court declines the recommendation as to any state law claims at this point. The parties did not brief any of those claims in their summary judgment papers. And it's not clear to the Court that Buchanan has pleaded any such claims. The Court requests the Magistrate Judge to sort this issue and make a further recommendation.

\* \* \*

Defendants' motion for summary judgment, *Doc. 175*, is mostly granted and partly denied. Buchanan's motions for summary judgment, *Doc. 159 & 180*, are denied. His medical deliberate indifference claim against Officer Wilson goes forward. All other federal claims against Officer Wilson are dismissed with prejudice. His federal claims against Sheriff May, Jonnie Jones, Larry Jones, Officer Watlington, Siders, Dr. Elkin, and Officer Gillon are also dismissed with prejudice. The Magistrate Judge will make a recommendation about whether Buchanan has pleaded any state law claim that survives the rulings in the case so far and, if so, whether any such claim should

proceed. The Court returns this case to the Magistrate Judge for further pretrial proceedings. A Final Scheduling Order, that provides plenty of room for a further recommendation, will issue. Motion for status update, *Doc. 197*, denied as moot.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 March 2023