# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CHRISTOPHER BUCHANAN**  PLAINTIFF
**ADC #176655**

v.  No. 2:21-cv-13-DPM-ERE

**AUSTIN WILSON, Officer**  DEFENDANT

## ORDER

Unopposed motion, *Doc. 220*, granted as modified. The Court refers this case to Magistrate Judge Edie R. Ervin to conduct a settlement conference. The Court declines to appoint counsel for Buchanan for the conference. The Court leaves all other conference-related details to Judge Ervin.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2023