# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHRISTOPHER BUCHANAN**  
**ADC #176655**                                                            **PLAINTIFF**

v.                                      No. 2:21-cv-13-DPM

**AUSTIN WILSON, Officer**                                                 **DEFENDANT**

## ORDER

Joint motion, *Doc. 233*, granted. The Court thanks Magistrate Judge Ervin for her work at the settlement conference. *Doc. 232*. Recommended disposition, *Doc. 200*, denied as moot. The Court will dismiss the case with prejudice and retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023