# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CHRISTOPHER BUCHANAN**  
**ADC #176655**                                                              **PLAINTIFF**

v.                              No. 2:21-cv-13-DPM

BOBBY MAY, Sheriff, St. Francis County;
JONNIE JONES, Jail Administrator, St.
Francis County; LARRY JONES, Assistant
Jail Administrator, St. Francis County;
MARTY WATLINGTON, Officer; AUSTIN
WILSON, Officer; GORDON QUINN SIDERS;
DOE, St. Francis County Doctor; DARRELL
ELKIN, Doctor; and GREG GILLON, Officer          **DEFENDANTS**

## JUDGMENT

Buchanan's amended complaint as supplemented is dismissed with prejudice. The Court retains jurisdiction until 31 October 2023 to enforce the parties' settlement.

_____  
D.P. Marshall Jr.  
United States District Judge

21 September 2023